**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Philmar Care, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4620086** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **16742 Orange Way** **Fontana, CA 92335** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Bernardino** County | **Location of principal assets, if different from principal place of business** **12260 Foothill Blvd. Sylmar, CA 91342** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Philmar Care, LLC**                                    Case number (*if known*) _____
              Name

**7.** **Describe debtor's business**     A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

Debtor    **Philmar Care, LLC**                                        Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in**          *Check all that apply:*
      **this district?**
                                      ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**      ☑  No
      **have possession of any**
      **real property or personal**   ☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                          **Why does the property need immediate attention?** (*Check all that apply.*)

                                          ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                             What is the hazard? _____

                                          ☐  It needs to be physically secured or protected from the weather.

                                          ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                          ☐  Other _____
                                          **Where is the property?** _____
                                                                      Number, Street, City, State & ZIP Code

                                          **Is the property insured?**

                                          ☐  No

                                          ☐  Yes.    Insurance agency  _____

                                                     Contact name     _____

                                                     Phone            _____

---

■    **Statistical and administrative information**

**13.  Debtor's estimation of**      .    *Check one:*
      **available funds**
                                      ☑  Funds will be available for distribution to unsecured creditors.

                                      ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ☑  1-49                      ☐  1,000-5,000              ☐  25,001-50,000
      **creditors**               ☐  50-99                     ☐  5001-10,000              ☐  50,001-100,000
                                  ☐  100-199                   ☐  10,001-25,000            ☐  More than100,000
                                  ☐  200-999

---

**15.  Estimated Assets**         ☐  $0 - $50,000              ☑  $1,000,001 - $10 million     ☐  $500,000,001 - $1 billion
                                  ☐  $50,001 - $100,000        ☐  $10,000,001 - $50  million   ☐  $1,000,000,001 - $10 billion
                                  ☐  $100,001 - $500,000       ☐  $50,000,001 - $100 million   ☐  $10,000,000,001 - $50 billion
                                  ☐  $500,001 - $1 million     ☐  $100,000,001 - $500 million  ☐  More than $50 billion

---

**16.  Estimated liabilities**    ☐  $0 - $50,000              ☑  $1,000,001 - $10 million     ☐  $500,000,001 - $1 billion
                                  ☐  $50,001 - $100,000        ☐  $10,000,001 - $50  million   ☐  $1,000,000,001 - $10 billion
                                  ☐  $100,001 - $500,000       ☐  $50,000,001 - $100 million   ☐  $10,000,000,001 - $50 billion
                                  ☐  $500,001 - $1 million     ☐  $100,000,001 - $500 million  ☐  More than $50 billion

---

| Debtor | **Philmar Care, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2018**
　　　　　　　　 MM / DD / YYYY

**X** _____    **Philip R. Weinberger**
　　 Signature of authorized representative of debtor    Printed name

Title    **Managing member**

**18. Signature of attorney**

**X** */s/ Ashley M. McDow*    Date    **December 7, 2018**
　　 Signature of attorney for debtor    　　　　 MM / DD / YYYY

**Ashley M. McDow**
Printed name

**Foley & Lardner LLP**
Firm name

**555 S. Flower St.**
**Suite 3300**
**Los Angeles, CA 90071**
Number, Street, City, State & ZIP Code

Contact phone    **(213)972-4500**    Email address    **amcdow@foley.com**

**245114 CA**
Bar number and State

| Debtor | **Philmar Care, LLC** | Case number (*if known*) |
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2018**
MM / DD / YYYY

X _[signature]_                                        **Philip R. Weinberger**
Signature of authorized representative of debtor        Printed name

Title    **Managing member**

**18. Signature of    attorney**

X _Ashley M. McDow_                                   Date    **December 7, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Ashley M. McDow**
Printed name

**Foley & Lardner LLP**
Firm name

**555 S. Flower St.**
**Suite 3300**
**Los Angeles, CA 90071**
Number, Street, City, State & ZIP Code

Contact phone    **(213)972-4500**    Email address    **amcdow@foley.com**

**245114 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Philmar Care, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Tax Consultants, Inc. 8616 La Tijera Blvd. Suite 507 Los Angeles, CA 90045 | | Professional services | Disputed | | | $281,871.57 |
| Carefusion 203, Inc. 23578 Network Place Chicago, IL 60673-1235 | | Trade debt | | | | $32,804.81 |
| Continuing Care Risk Retention 716 College Ave, Suite B Santa Rosa, CA 95404 | | Trade debt | Disputed | | | $60,183.23 |
| Department of Healthcare Services Acct Section/Cashiers Unit, MS 1101 1501 Capital Ave., MS-1101 P.O. Box 997413 Sacramento, CA 95899 | | Quality Assurance Fees | | | | $745,624.83 |
| Department of the Treasury Internal Revenue Services Ogden, UT 84201-0030 | | Payroll taxes | | | | $4,400,000.00 |
| F&W Food Services P.O. Box 3140 North Hollywood, CA 91609 | | Trade debt | Unliquidated Disputed | | | $137,498.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor **Philmar Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento, CA 95812-2952** | | **Payroll taxes** | | | | **$600,000.00** |
| **Golden Compass Insurance Services 9327 Fairway View Pl. Suite 106 Rancho Cucamonga, CA 91730** | | **Trade debt** | | | | **$111,025.00** |
| **Gorelick & Uslander, CPA's 15260 Ventura Blvd. Suite No. 1705 Sherman Oaks, CA 91403** | | **Professional services** | | | | **$58,989.08** |
| **Healthcare Services, Group, Inc. P.O. Box 829677 Philadelphia, PA 19182** | | **Trade debt** | **Disputed** | | | **$305,631.97** |
| **Interface Rehab, Inc. 774 South Placentia Ave. Suite 200 Placentia, CA 92870** | | **Trade debt** | **Disputed** | | | **$208,372.23** |
| **Kaiser Foundation Health Plan File 50187 9327 Fairway View Place Suite 106 Rancho Cucamonga, CA 91730** | | **Trade debt** | | | | **$113,668.67** |
| **LA Department of Water and Power P.O. Box 30808 Los Angeles, CA 90030-0808** | | **Trade debt** | | | | **$54,066.58** |
| **Lewis Brisbois Bisgaard & Smith 633 West 5th Street Suite No. 4000 Los Angeles, CA 90071** | | **Trade debt** | | | | **$43,578.44** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Philmar Care, LLC**                                    Case number *(if known)*  _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medic-Air**<br>**2740 S. Harbor Blvd.**<br>**Suite H**<br>**Santa Ana, CA**<br>**92704** | | **Trade Debt** | | | | **$330,073.00** |
| **Renew Health Group**<br>**107 W. Lemon Avenue**<br>**Monrovia, CA 91016** | | **Trade debt** | | | | **$34,604.00** |
| **Schraders Medical Supply, Inc.**<br>**5507 Brooks Street**<br>**Montclair, CA 91763** | | **Trade debt** | | | | **$137,498.00** |
| **Star Pharmacy**<br>**14400 Vanowen Street**<br>**Van Nuys, CA 91405** | | **Trade debt** | | | | **$86,557.11** |
| **Twinmed LLC**<br>**P.O. Box 847340**<br>**Los Angeles, CA**<br>**90054-0390** | | **Trade debt** | **Disputed** | | | **$1,013,269.55** |
| **VIP Nephrology**<br>**16133 Ventura Blvd.**<br>**Suite 360**<br>**Encino, CA 91436** | | **Trade debt** | | | | **$33,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **Philmar Care, LLC**
Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alter Levitin**<br>**3701 NE 74th Pl.**<br>**Seattle, WA 98115** | **Stock** | **19%** | **Equity** |
| **Asher Peretz**<br>**5407 Amigo Ave.**<br>**Tarzana, CA 91356** | **Stock** | **5.1%** | **Equity** |
| **Bencion Jakobovits**<br>**223 S. Alta Vista Blvd.**<br>**Los Angeles, CA 90036** | **Stock** | **5%** | **Equity** |
| **Bernard Friedman**<br>**248 S. Highland Ave.**<br>**Los Angeles, CA 90036** | **Stock** | **5%** | **Eqity** |
| **Danny Reyes**<br>**9741 Rhea Ave.**<br>**Northridge, CA 91324** | **Stock** | **5%** | **Equity** |
| **David & Devora Garfinkel**<br>**1474 Beverwil Dr.**<br>**Los Angeles, CA 90035** | **Stock** | **10%** | **Equity** |
| **David Schachter**<br>**338 N. Mansfield Ave.**<br>**Los Angeles, CA 90036** | **Stock** | **5%** | **Equity** |
| **Menachem Weiss**<br>**183 N. Mansfield**<br>**Los Angeles, CA 90036** | **Stock** | **4.9%** | **Equity** |
| **Philip Weinberger & MaryLynn Mahan**<br>**1750 N. Palm Ave.**<br>**Upland, CA 91784** | **Stock** | **24%** | **Equity** |
| **Shraga Zalmanoff**<br>**13347 Ventura Blvd.**<br>**Sherman Oaks, CA 91403** | **Stock** | **17%** | **Equity** |

In re:  **Philmar Care, LLC**                                                  Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December  7, 2018**                          Signature  **/s/ Philip R. Weinberger**

                                                                      **Philip R. Weinberger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re:  **Philmar Care, LLC** _____  Case No. _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December  7, 2018** _____     Signature  _____

Philip R. Weinberger

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Upland** , California.

Date: **December  7, 2018**

**/s/ Philip R. Weinberger**
**Philip R. Weinberger**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 1                **F 1015-2.1.STMT.RELATED.CASES**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Upland**                                     , California.

Date:        **December  7, 2018**

**Philip R. Weinberger**
Signature of Debtor

Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

Philmar Care, LLC
16742 Orange Way
Fontana, CA 92335


Ashley M. McDow
Foley & Lardner LLP
555 S. Flower St.
Suite 3300
Los Angeles, CA 90071


9Yard Supply
4221 Wilshire Blvd
Suite 150
Los Angeles, CA 90010


Accucomm
300 S. Inglewood Ave.
Inglewood, CA 90301


Acme Linen Co, Inc
5136 E. Triggs St.
Commerce, CA 90022


Advantage Tax Consultants, Inc
8616 La Tijera Blvd
Suite #507
Los Angeles, CA 90045


Advantage Tax Consultants, Inc.
8616 La Tijera Blvd.
Suite 507
Los Angeles, CA 90045


Aflac
Remittance Processing Services
1932 Wynnton Rd.
Columbus, GA 31999-0797

Alaska National Insurance
100 Pringle Ave.
Suite 460
Walnut Creek, CA 94596


Alter Levitan
3701 NE 74th Place
Seattle, WA 98115


Archer'S Lock & Security
29397 Agoura Road
Suite 110
Agoura Hills, CA 91301


Artistic Press
P.O. Box 39586
Los Angeles, CA 90039


Asher Peretz
5407 Amigo Ave.
Tarzana, CA 91356


Backflow Time
5812 Temple City Blvd, 608
Temple City, CA 91780


Bernard Friedman
248 S. Highland Ave.
Los Angeles, CA 90036


Briggs Healthcare
Attn: Credit Services
4900 University Ave, Suite 200
West Des Moines, IA 50266

Bsd Care
2915 Avenue K
Brooklyn, NY 11210


Builders Fence Co, Inc
Sun Valley Branch
Sun Valley, CA 91352


Butler Chemicals, Inc
3070 Ceena Ct.
Anaheim, CA 92806


CAHF
2201 K Street
Sacramento, CA 95816


Cal Air
P.O. Box 3788
Alhambra, CA 91803


California Diagnostic Labs
7316 Deering Ave.
Canoga Park, CA 09130-3150


Canoga Medical Supply
20050 Vanowen Street # 1
Winnetka, CA 91306


Cantata Health Llc
Dept. 3875, Po Box 123875
Dallas, TX 75312

Carefusion 203 Inc
23578 Network Place
Chicago, IL 60673-1235


Carefusion 203, Inc.
23578 Network Place
Chicago, IL 60673-1235


Carl'S Laundry Repair, Inc
15804 Arminta St.
Van Nuys, CA 91406


CCRRG
716 College Avenue
Suite B
Santa Rosa, CA 95404


Cheryl Kling
Kling Consultant Group
1049 Havenhurst Drive #525
West Hollywood, CA 90046


Chevron And Texaco Business Card Service
P.O. Box 70887
Charlotte, NC 28272


Continuing Care Risk Retention
716 College Ave, Suite B
Santa Rosa, CA 95404


Crown Business Systems
930 S. La Brea Avenue
Los Angeles, CA 90036

Danny Reyes
9741 Rhea Ave.
Northridge, CA 91324


David & Devora Garfinkel
1474 Beverwil Dr.
Los Angeles, CA 90035


David & Devora Garfinkel
1474 Beverwill Dr.
Los Angeles, CA 90035


David Schrachter
12718 Califa Street
Valley Village, CA 91607


David Zeffren
211 S. Alta Vista Blvd.
Los Angeles, CA 90036


De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602


Delta Fire Equipment, Inc
15500 Erwin St., #106
Van Nuys, CA 91411


Department of Healthcare Services
Acct Section/Cashiers Unit, MS 1101
1501 Capital Ave., MS-1101
P.O. Box 997413
Sacramento, CA 95899

Department Of Healthcare Services
Acct Section/Cashiers Unit, Ms 1101
1501 Capitol Ave, Suite 71.2048
P.O. Box 997415
Sacramento, CA 95899-7415


Department Of Healthcare Services
Attn: Accounting Office Cashier
1501 Capital Ave, Ms 1101
P.O. Box 997413
Sacramento, CA 95899


Department of the Treasury
Internal Revenue Services
Ogden, UT 84201-0030


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7340


Derderyan Medical Group,Inc
10450 Wilshire Blvd, Unit 9F
Los Angeles, CA 90024


DF & RW, Inc.
Law Offices of Fredrick H. Stern
16830 Ventura Boulevard
Ste. 500
Encino, CA 91436


Diamond Sharp, Inc.
513 Mercury Lane
Brea, CA 92821


Dignity Health
15821 Ventura Blvd, Suite 600
Encino, CA 91438

Direct Source Satellite
4910 Mc Conell Ave.
Los Angeles, CA 90066


Direct Supply Inc
P.O. Box 88201
Milkwaukee, WI 53288-0201


Directv
P.O. Box 105249
Atlanta, GA 30348


Dr. Ashwani Bhardwaj
25954 Wellington Court
Calabasas, CA 91302


Dr. Brent Dale J
4955 Van Nuys Blvd #411
Van Nuys, CA 91403


Dr. Fawzy Basta
17075 Devonshire St, #204
Northridge, CA 91325


Dr. Gary A. Grimes, Md
12260 Foothill Blvd.
Sylmar, CA 91342


Dr. Muhammad Anwar, Md
12260 Foothill Blvd.
Sylmar, CA 91342

Dr. Reyadh Michail, Md
14860 Roscoe Blvd., #201
Panorama City, CA 91402


Dr. Sam Nuthalapaty, Md
4940 Van Nuys Blvd. Suite 200
Sherman Oaks, CA 91403


Dr. Suman Patel, Md
6850 Sepulveda Blvd.
Suite #217
Van Nuys, CA 91405


El Sereno Manor, Inc.
13347 Ventura Blvd.
Sherman Oaks, CA 91423-3912


Employment Development Department
P.O. Box 826880
Sacramento, CA 94280


Employment Development Department
Banner Bank
19800 N. Creek Parkway
Suite 200
Bothell, WA 98011


Employment Development Department
P.O. Box 426879
745 Frlanlin St., # 400
San Francisco, CA 94142


Extra Space Storage
12360 Foothill Blvd
Sylmar, CA 91342

F&W Food Services
P.O. Box 3140
North Hollywood, CA 91609


F&W Foodservices
P.O. Box 3140
North Hollywood, CA 91609


First Choice Restoration/Construction
404 South Euclid Ave
Ontario, CA 91762


Foothill Legalcy, Inc.
5404 Whitsett Avenue
Suite 182
Valley Village, CA 91607


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0012


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267


G&S Fire Protection, Inc.
P.O. Box 3798
Mission Viejo, CA 92690-3798

Garcia Windows
14201 Van Nuys Blvd.
Pacoima, CA 91331


Golden Compass Insurance Services
9327 Fairway View Pl.
Suite 106
Rancho Cucamonga, CA 91730


Golden Compass Insurance Services
9327 Fairway View Pl
Suite #106
Rancho Cucamonga, CA 91730


Gorelick & Uslander, CPA's
15260 Ventura Blvd.
Suite No. 1705
Sherman Oaks, CA 91403


Gorelick & Uslander, Cpa'S
15260 Ventura Blvd.
Sute #1705
Sherman Oaks, CA 91403


Graham Field-Health Products, Llc
P.O. Box 47510
Doraville, GA 30362-0510


Hd Supply-Home Improvement Solutions
13571 Vaughn St
San Fernando, CA 91340


Healthcare Services Group, Inc
P.O. Box 829677
Philadelphia, PA 19182

Healthcare Services, Group, Inc.
P.O. Box 829677
Philadelphia, PA 19182


Hill-Rom
P.O. Box 643592
Pittsburgh, PA 15264-3592


Home Depot Credit Services
Dept 32-2005218593
Po Box 9001030
Louisville, KY 40290


Image Services, Inc
2281 La Crosse Ave, #501
Colton, CA 92324


Impulse Ambulance, Inc
12531 Vanowen St.
North Hollywood, CA 91605


Insight Worldwide, Inc
P.O. Box 4108
Salem, OR 97302


Interface Rehab, Inc.
774 South Placentia Ave.
Suite 200
Placentia, CA 92870


Interface Rehab,Inc
774 South Placentia Ave
Suite 200
Placentia, CA 92870

Internal Revenue Service
MAIL STOP 5503 Insolvency Group 6
24000 AVILA ROAD, M/S 5503
Laguna Niguel, CA 92677


Jfbaraoidan,Rdn Consulting Initiative
28021 Dickason Dr
Valencia, CA 91354


Judicate West
1851 E First Street
Suite 1600
Santa Ana, CA 92705


June Weinstein & Associates, Llc
17853 Santiago Blvd., #107-354
Villa Park, CA 92861-2630


Kaiser Foundation Health Plan
File 50187
9327 Fairway View Place
Suite 106
Rancho Cucamonga, CA 91730


La Department Of Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808


LA Department of Water and Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Law Offices Of Eugene S Alkana
131 N El Molino Ave
Ste #310
Pasadena, CA 91101

Lewis Brisbois Bisgaard & Smith
633 West 5th Street
Suite No. 4000
Los Angeles, CA 90071


Lewis Brisbois Bisgaard & Smith
633 West 5Th Street
Suite #4000
Los Angeles, CA 90071


Light Bulbs, Etc
8760 Central Ave.
Montclair, CA 91763


Los Angeles County Sheriff'S Dept
P.O. Box 843580
Los Angeles, CA 90084


Mdis
23842 Lindley St.
Mission Viejo, CA 92691


Medic-Air
2740 S. Harbor Blvd.
Suite H
Santa Ana, CA 92704


Medical Waste Management Fund
Dept Of Public Health
Ms7405
P.O. Box 997377
Sacramento, CA 95899-7377


Medline Industries, Inc
Dept La 21558
Pasadena, CA 91185-1558

Medresponse, Inc
P.O. Box 8379
Van Nuys, CA 91409-8379

Medwaste Management Llc
5850 W. 3Rd Street
#331
Los Angeles, CA 90036

Menachem Weiss
13347 Ventura Blvd.
Sherman Oaks, CA 00091-7423

Nidosi Inc.
34773 Pleasant Grove
Yucaipa, CA 92399

Office of Finance, City of LA
P.O. Box 513996
Los Angeles, CA 90051

Office Point, Inc.
P.O. Box 351046
Los Angeles, CA 90035

On & Off-Site Shredding
12329 Gladestone Avenue
Sylmar, CA 91342

P&M Management, Inc
16742 Orange Way
Fontana, CA 92335

P&M Management, Inc.
16742 Orange Way
Fontana, CA 92335


Philip R Weinberger
1750 N. Palm Ave.
Upland, CA 91785


Philip R. Weinberger
1750 N. Palm Ave.
Upland, CA 91784


Philmar Care Llc
Resident Trust Mma


Pilar Egge
3839 Deervale Dr
Sherman Oaks, CA 91403


Point Click Care
Wescom Solutions Inc.
Po Box 674802
Detroit, MI 48267-4802


Prime Healthcare Products
8391 Beverly Blvd
Suite 553
Los Angeles, CA 90006


Prosource Facility Supply
11954 Washington Blvd.
Whittier, CA 90606

Real Id, Inc
6444 N. Ridgeway Ave.
Lincolnwood, IL 60712


Reliable Systems, Inc
4515 Ocean View Blvd., Ste 120
La Canada Flintridge, CA 91011


Renew Health Group
107 W. Lemon Avenue
Monrovia, CA 91016


Sai Systems Technologies
310 Via Vera Cruz
San Marcos, CA 92078


Sanders Rehaste Sternshein & Harvey, Llp
5316 East Chapman Ave
Orange, CA 92869


Schraders Medical Supply, Inc
5507 Brooks Street
Montclair, CA 91763


Schraders Medical Supply, Inc.
5507 Brooks Street
Montclair, CA 91763


Shapiro & Sons, Inc
2600 Conejo Center Dr.
Thousand Oaks, CA 91320

Shoes For Crews, Llc
File Lockbox 51151
Los Angeles, CA 90074-1151


Shraga Zalmanoff
13347 Ventura Blvd
Sherman Oaks, CA 91423


Snf Forms & Supplies
P.O. Box 4390
Garden Grove, CA 09282


Softcare Software, Inc
12223 Highland Ave.
Ste 106-518
Rancho Cucamonga, CA 91739-2574


Star Pharmacy
14400 Vanowen Street
Van Nuys, CA 91405


Sun Life Financial
P.O. Box 807009
Kansas City, MO 64184-3300


Susan P Sragow, Lcsw
P.O. Box 15007
Beverly Hills, CA 90209


Tek Time Systems,Inc
1250 North Lassen St.
San Bernardino, CA 92411

The Press Room
18723 Napa Street
Northridge, CA 91324


Twinmed LLC
P.O. Box 847340
Los Angeles, CA 90054-0390


Valuation & Information Group
6167 Bristol Parkway
Suite 430
Culver City, CA 90230


Victor Saada
1433 North Harper Ave., #3
West Hollywood, CA 90046


Villa Mesa Care Center
867 East 11th Street
Upland, CA 91786


VIP Nephrology
16133 Ventura Blvd.
Suite 360
Encino, CA 91436


Walraven & Westerfeld Llp
20 Enterprise
Suite 310
Aliso Viejo, CA 92656


Western Drug Medical Supply
3604 San Fernando Road
Glendale, CA 91204

Western Exterminator
3333 W. Temple Street
Los Angeles, CA 90026

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow**<br>**555 S. Flower St.**<br>**Suite 3300**<br>**Los Angeles, CA 90071**<br>**(213)972-4500 Fax: (213)486-0065**<br>California State Bar Number: **CA 245114**<br>**amcdow@foley.com** | |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Philmar Care, LLC**<br><br>                                                    Debtor(s),<br><br>                                                    Plaintiff(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
|                                                    Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Philip Weinberger_____ , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

___

**December  7, 2018**
Date

By:  **/s/ Philip Weinberger**
      Signature of Debtor, or attorney for Debtor

Name:  **Philip Weinberger**
        Printed name of Debtor, or attorney for
        Debtor

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ashley M. McDow**<br>**555 S. Flower St.**<br>**Suite 3300**<br>**Los Angeles, CA 90071**<br>**(213)972-4500 Fax: (213)486-0065**<br>California State Bar Number: **CA 245114**<br>**amcdow@foley.com** | |
| ☑ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Philmar Care, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Philip Weinberger_____ , the undersigned in the above-captioned case, hereby declare
 *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
**December 7, 2018**
Date

By: _____
        Signature of Debtor, or attorney for Debtor

Name:   **Philip Weinberger** _____
        Printed name of Debtor, or attorney for
        Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Ashley M. McDow**<br>**Foley & Lardner LLP**<br>**555 S. Flower St.**<br>**Suite 3300**<br>**Los Angeles, CA 90071**<br>**(213)972-4500 Fax: (213)486-0065**<br>**245114 CA**<br><br>**amcdow@foley.com**<br><br><br>*Attorney for:* **Philmar Care, LLC** | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>**Philmar Care, LLC**<br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

- [✔] Petition, statement of affairs, schedules or lists                     Date Filed: _____
- [✔] Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
- [ ] Other *(specify):* _____                          Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**December  7, 2018**
_____
Date:

_____
Signature (handwritten)of authorized signatory of Filing Party

**Philip R. Weinberger**
_____
Printed name of authorized signatory of Filing Party

**Managing member**
_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**December  7, 2018**
_____
Date:

_____
Signature (handwritten) of attorney for Filing Party

**Ashley M. McDow**
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| **Ashley M. McDow**<br>**Foley & Lardner LLP**<br>**555 S. Flower St.**<br>**Suite 3300**<br>**Los Angeles, CA 90071**<br>**(213)972-4500 Fax: (213)486-0065**<br>**245114 CA**<br><br>**amcdow@foley.com**<br><br><br>*Attorney for:* **Philmar Care, LLC** | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>    **Philmar Care, LLC**<br><br>                                     Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

- ☑ Petition, statement of affairs, schedules or lists                Date Filed: _____
- ☑ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
- ☐ Other *(specify):* _____    Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

   I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**December  7, 2018**
_____        _____
Date:                                                              Signature (handwritten) of authorized signatory of Filing Party

                                                        **Philip R. Weinberger**
                                                        _____
                                                        Printed name of authorized signatory of Filing Party

                                                        **Managing member**
                                                        _____
                                                        Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

   I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**December  7, 2018**
_____        *Ashley M. McDow*
Date:                                                              Signature (handwritten) of attorney for Filing Party

                                                        **Ashley M. McDow**
                                                        _____
                                                        Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**
**Central District of California**

In re    **Philmar Care, LLC**
                                    Debtor(s)

Case No.
Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

     I, **Philip R. Weinberger** and **MaryLynn Mahan**, managing members of Philmar Care, LLC, declare under penalty of perjury that a true and correct copy of the resolution adopted by Philmar Care, LLC is attached hereto as **Exhibit A.**

Date    December  7, 2018              Signed   **/s/ Philip R. Weinberger**
                                                   **Philip R. Weinberger, managing member**

Date    December  7, 2018              Signed   **/s/ MaryLynn Mahan**
                                                   **MaryLynn Mahan, managing member**

# EXHIBIT "A"

## Resolution of Board of Directors
## of
## Philmar Care, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation are authorized and directed to employ the law firm of **Foley & Lardner LLP** to represent the corporation in such bankruptcy case.

Date   December  7, 2018                       Signed   **/s/ Philip R. Weinberger**
                                                        **Philip R. Weinberger, managing member**

Date   December  7, 2018                       Signed   **/s/ MaryLynn Mahan**
                                                        **MaryLynn Mahan, managing member**

# United States Bankruptcy Court
## Central District of California

In re __Philmar Care, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Philip R. Weinberger** and **MaryLynn Mahan**, managing members of Philmar Care, LLC, declare under penalty of perjury that a true and correct copy of the resolution adopted by Philmar Care, LLC is attached hereto as **Exhibit A.**

Date __December 7, 2018__

Signed _____
**Philip R. Weinberger, managing member**

Date __December 7, 2018__

Signed _____
**MaryLynn Mahan, managing member**

# EXHIBIT "A"

## Resolution of Board of Directors
### of
## Philmar Care, LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Philip R. Weinberger and/or MaryLynn Mahan**, managing members, of this corporation are authorized and directed to employ the law firm of **Foley & Lardner LLP** to represent the corporation in such bankruptcy case.

Date  December 7, 2018                    Signed

**Philip R. Weinberger, managing member**


Date  December 7, 2018                    Signed

**MaryLynn Mahan, managing member**